```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**REGINALD EARL OATES,**          :
                                  :
    Plaintiff,               :   **CIVIL ACTION No. 11-00265-B**
                                  :
**VS.**                           :
                                  :
**MICHAEL J. ASTRUE,**            :
**Commissioner of Social Security,** :
                                  :
    Defendant.               :

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income, be **AFFIRMED.**

    **DONE** this **21st** day of **September, 2012.**

                                          **/s/ SONJA F. BIVINS**
                                    **UNITED STATES MAGISTRATE JUDGE**